UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
DONALD WINSLOW

       -V-

LEONARD PORTUNDO
------------------------------------------------X

MEMORANDUM
and
ORDER
CV99-4662 (JBW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 2 2 2010 ★

BROOKLYN OFFICE

By order dated November 10, 2010, the Court of Appeals for the Second Circuit has transferred this case to the district court for "whatever further action the district court finds appropriate, as if it had been filed directly in the district court." It is set for a conference on December 16, 2010, at 11:00 a.m.

_____
JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

DATED: 11/19/10

